UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

KAREEM NISBETT, *individually and on behalf of all other persons similarly situated*,

Plaintiff,

v.

CREDIBLE LABS, INC.,

Defendant.

20-CV-10073 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On April 9, 2021, the parties submitted a joint letter informing the Court that they were optimistic that they would reach a settlement agreement by April 28, 2021, the date on which Defendant's answer to the complaint was due. Dkt. 10. In response, the Court adjourned the deadline to file an answer, *sine die*, and ordered the parties to submit a joint letter no later than April 28, updating the court on the status of the settlement discussions. To date, the parties have not done so. Accordingly, no later than May 26, 2021, the parties shall file a joint status update. If the parties do not believe that they will come to a settlement agreement, they should propose a new due date for Defendant to file an answer or otherwise respond to the complaint.

SO ORDERED.

Dated:    May 12, 2021
          New York, New York

RONNIE ABRAMS
United States District Judge