| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 5-14-21 |
|---|---|

KAREEM NISBETT, *individually and on behalf of all other persons similarly situated*,

          Plaintiff,

v.

CREDIBLE LABS INC.,

          Defendant.

20-CV-10073 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court understands that the parties have reached a settlement in principle. *See* Dkt. 13. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days. Any application to reopen this action must be filed within thirty (30) days of this order, and any application filed thereafter may be denied solely on that basis. If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court within the same thirty-day period. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015).

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:    May 14, 2021
           New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge